RITA SANDY, an Infant, by CHARLES A. SANDY, Her Guardian ad Litem, and CHARLES A. SANDY, Appellants, v. GRACE A. WICKS, Respondent.— In an action by the infant plaintiff for personal injuries and by her father for medical expenses, judgment in favor of the defendant, entered upon the verdict of a jury, reversed on the law and the facts and a new trial granted, with costs to abide the event. While crossing the street approximately in the middle of the block, the infant plaintiff was injured by coming in contact with an automobile driven by the defendant. Upon the trial the defendant, despite plaintiffs' objections, was permitted to interrogate the mother of the infant as to the instructions she had given the child to cross streets only at intersections. At the time of the accident the child was about nine years of age. The testimony was irrelevant and inadmissible. If any adverse implication was to be inferred therefrom, such implication has been abolished by statute. (Dom. Rel. Law, § 73.) The questions from which the jury might infer that the plaintiffs had Americanized their name were also irrelevant. The exclusion of the report filed with the Motor Vehicle Bureau by the defendant was prejudicial error. The report contained statements in conflict with the testimony given by the defendant upon the trial and was admissible to show such contradictions. As there is to be another trial we also state that, in our opinion, the testimony of the witness Bauries as to the statements he heard after the accident were sufficiently connected with the defendant to make them admissible. Lazansky, P. J., Hagarty, Carswell, Taylor and Close, JJ., concur.

MARGARET SCOLLON, Respondent, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant.— Action to recover damages for personal injuries. The plaintiff was a passenger on defendant's trolley car. She testified that she was standing therein and had a grip on a metal stanchion when the car jerked violently, breaking her hold, and throwing her to the floor. Defendant's witnesses testified that there was no unusual jerking. Judgment entered on the verdict of a jury in favor of plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.

MARTIN H. SELMAN and Others, Doing Business under the Firm Name and Style of KREUTZER, HAUSER & SELMAN, Respondents, v. CHARLES V. PATERNO and Others, Appellants, and ALMERINDO PORTFOLIO, as City Treasurer of the City of New York, Defendant.— Order granting plaintiffs' motion for a verified bill of particulars affirmed, with ten dollars costs and disbursements, such bill of particulars to be served within ten days from the entry of the order hereon. No opinion. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.